# Philip Copeland *against* John Burg and James Ross.

Record on appeal from the Circuit Court filed in the afternoon of the first day of the term. Appeal dismissed.

MR. WILSON for the defendants, moved to dismiss an appeal from the last Circuit Court of Lancaster county, the record of the proceedings having been filed in the afternoon of the first day of the term, after the court had risen.

The facts being established, the appeal was dismissed.